IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FRANKLIN L. WILLIAMS,

    Plaintiff,

v.

MARTIN H. EVES; RICHARD E. CURRIE; MELBA H. FIVEASH; RONNIE H. MCQUAIG; and JIM B. McGEE, III,

    Defendants.

CIVIL ACTION NO.: CV509-102

## ORDER

After an independent and *de novo* review, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which an Opposition has been filed. In his Opposition to the Report and Recommendation, Plaintiff asserts that he can and did show actual injury on his access to the courts claim. Plaintiff also asserts that he showed his First Amendment rights were violated by Defendants retaliating against him by filing a permanent injunction against him, without giving him a hearing or an opportunity to be heard. Plaintiff contends that this Court should not have taken his filing fee without allowing him to amend his Complaint. In this regard, Plaintiff has filed a Motion to Join by which he seeks to add Richard Darden, a Savannah attorney who Plaintiff contends failed to protect his civil rights in Case Number CV507-101.

Plaintiff's Opposition to the Magistrate Judge's Report and Recommendation is without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED** as frivolous. Plaintiff's Motion for Permanent Injunction and Motion to Join Party are **DISMISSED**. Likewise, Plaintiff's Motion to Amend and Motion for Change of Venue are **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 13 day of May, 2010.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev. 8/82)